# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| DAVID SUTHERLAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAVANNAH-CHATHAM POLICE )<br>DEPARTMENT; JOSEPH L. )<br>LUMPKIN, SR.; OFC DANIEL )<br>NEWMAN; OFC A. SHUGG, )<br>)<br>Defendants. ) | Case No. CV415-188 |

## REPORT AND RECOMMENDATION

Plaintiff David Sutherland, after being given the choice of either paying a $200 filing fee or having his case dismissed, doc. 3, moves to withdraw his complaint. Doc. 4. Because Sutherland may at this juncture dismiss his case without leave of court or defendants' consent, Fed. R. Civ. P. 41(a)(1)(A)(i), his motion should be **GRANTED**. Doc. 4.

**SO REPORTED AND RECOMMENDED** this __14th__ day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA