IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID SUTHERLAND,

    Plaintiff,

v.    CASE NO. CV415-188

SAVANNAH-CHATHAM POLICE
DEPARTMENT; JOSEPH L. LUMPKIN,
SR.; OFC DANIEL NEWMAN; OFC A.
SHUGG;

    Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. As a result, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's Motion to Withdraw his Complaint (Doc. 4) is **GRANTED**. Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 31ST day of July 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA